ORIGINAL

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

MAR 1 2 2012

CLERK, U.S. DISTRICT COURT
By _____ Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALICIA SHERRIE ROBINSON, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:11-CV-3350-B |
| ) | |
| ARAMARK STAFF CEO, and THE EEOC, ) | |
| Defendants. ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this 12Th day of March, 2012.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE